| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | **COPY** | Report Required by the Ethics<br>in G vernment Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ROBERTS, VICTORIA A | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>231 W. LAFAYETTE BLVD ROOM 123<br>DETROIT, MI. 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   PARTNER | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   2003 | GOODMAN, EDEN, MILLENDER & BEDROSIAN RETIREMENT PLAN, NO CONTROL |
| 2.   2003 | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |

RECEIVED<br>FINANCIAL DISCLOSURE OFFICE<br>APR 13 10 09 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | GEMB PARTNERSHIP, NO CONTROL, NET INCOME | 23,999 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | BEIT HASHOAN-MUSEUM OF TOLERANCE | JULY 12, LOS ANGELES, CA, HATE CRIMES & TERRORISM SEMINAR(HOTEL $456) |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HOMESIDE LENDING | MORTGAGE ON INVESTMENT CONDOMINIUM, CHICAGO, ILLINOIS | M |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   SIMONE ROAD, L.L.C | B | Rent | K | W | | | | | |
| 2.   JUDY CIRCLE, L.L.C. | B | Rent | K | W | | | | | |
| 3.   FAIRVIEW DRIVE, L.L.C. | A | Rent | K | W | | | | | |
| 4.   DOVER ROAD, L.L.C | B | Rent | K | W | | | | | |
| 5.   BURGER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 6.   DEARBORN HEIGHTS, L.L.C | A | Rent | K | W | | | | | |
| 7.   PALMER ROAD, L.L.C | B | Rent | K | W | | | | | |
| 8.   KNOLSON ROAD, L.L.C | A | Rent | K | W | | | | | |
| 9.   I.R.A. - JANUS FUND | A | Dividend | K | T | | | | | |
| 10.  I.R.A. - JANUS TWENTY FUND | A | Dividend | K | T | | | | | |
| 11.  I.R.A. - JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 12.  I.R.A. - AIM CONSTELLATION FUND | A | Dividend | K | T | | | | | |
| 13.  I.R.A. - STANDARD FEDERAL BANK CD'S | A | Interest | K | T | | | | | |
| 14.  BANK ONE, MICHIGAN - SAVINGS | A | Interest | J | T | | | | | |
| 15.  JANUS FUND | A | Dividend | K | T | | | | | |
| 16.  JANUS TWENTY FUND | A | Dividend | J | T | | | | | |
| 17.  JANUS VENTURE FUND | A | Dividend | J | T | | | | | |
| 18.  DAIMLER CHRYSLER STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. CONDOMINIUM - CHICAGO, ILLIONOIS | A | Rent | M | W | | | | | |
| 20. ANN ARBOR TRAIL ASSOC., L.L.C. | A | Rent | K | W | Buy | 06/03 | K | | |
| 21. SALOMON SMITH BARNEY I.R.A. | A | Dividend | M | T | | | | | |
| 22. BANK ONE, MICHIGAN-CHECKING | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 5/15/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

As requested in your correspondence dated September 9, 2003, we have modified the 2003 report as follows:

1. Removed the various partnerships from Part I, in which Ms. Roberts has no managerial responsibilities.
2. Not reported any reimbursements of travel expenses provided by the United States government.
3. Removed the Puerto Villarta time share from part VI, as no rent or other income was received from this property.
4. Removed the Federal Retirement Thrift Investment Board , in accordance with the instructions.
5. Adjusted the value method code on the Condominium - Chicago, IL, to estimated rather than cost.
This adjustment did not effect the value code.

Thank You.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERTS, VICTORIA A | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____        Date April 7, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544